1541

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-109 |
| v. | (18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)) |
| ANDREW KINCAID | |

**INDICTMENT**

**COUNT ONE**

FILED

APR 19 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about March 16, 2021, in the Western District of Pennsylvania, the defendant, ANDREW KINCAID, did knowingly possess visual depictions, namely, videos and images in computer graphic and digital files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who have not attained 12 years of age engaging in sexually explicit conduct, all of which had been shipped and transported using any means or facility of interstate and foreign commerce, and were produced using materials which had been shipped and transported in interstate and foreign commerce, by any means, including by computer and the internet.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**FORFEITURE**

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to the defendant, ANDREW KINCAID, that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2253 in the event of the defendant's conviction under Count One of this Indictment.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Indictment, in violation of Title 18, United States Code, Section 2252, the defendant, ANDREW KINCAID, shall forfeit to the United States of America:

   a) Any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape, or other matter that contains any such visual depiction that was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

   b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c) Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. As a result of the commission of the violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2), as charged in Count One of the Indictment, the following property, which was used to commit or to facilitate the commission of said violation is

to be forfeited: One (1) ASUS Gaming A15 laptop (Model: TUF506, Serial Number: LANRCX05D13244).

A True Bill,

_____
Foreperson

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

_____
BRIAN W. CASTELLO
Assistant United States Attorney
PA ID No. 318609